# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**ANTONIO DAMARCUS WOODSON,**

     **Plaintiff,**

**v.**                                           **Case No.  3:17cv196/MCR/CJK**

**NURSE DARRICK, et al.,**

     **Defendants.**

_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated April 4, 2017.  ECF No. 3.  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  After reviewing the timely objections to the Recommendation, ECF No. 4, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The Magistrate Judge's Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this Order.

2.  Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DENIED, and this action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

3.  The clerk is directed to close the file.

    DONE AND ORDERED this 19th day of April, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**